USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/05

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York*

September 27, 2005

BY FAX

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  United States v. John A. Gotti, et al.,
            S1 04 Cr. 690 (SAS)

Dear Judge Scheindlin:

     The Government respectfully submits this letter in support of the joint request of the Government and counsel for defendant Gotti that the Court, by "so ordering" this letter, add the following clarification to its earlier order directing that defendant Gotti be released on bail subject to electronic monitoring and other release conditions:

> The Court's Order releasing defendant Gotti on bail will not become effective until (1) the United States Marshals Service has delivered Gotti to his home at 16 Redmond Lane, in Oyster Bay, Long Island, and (2) the Marshals Service has received confirmation from Pretrial Services that the electronic monitoring device placed on Gotti is operational.

We appreciate the Court's consideration of this joint

Hon. Shira A. Scheindlin
September 27, 2005
Page 2

request.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

By: _/s/ Michael G. McGovern_____
  Michael G. McGovern
  Joon H. Kim
  Victor L. Hou
  Assistant United States Attorneys
  Telephone: (212) 637-2198/2212/2408

cc: Jeffrey Lichtman, Esq. (via fax)


SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge

9/27/05

TOTAL P.03