UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA
:     **ORDER**

- against -                                            :     04 CR 690 (SAS)

JOHN A. GOTTI, et al.,                          :

              Defendants.          :
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The Clerk of the Court is directed to pay Beckett Limousine Service for the period September 6 - 20, 2005, in accordance with the attached invoice.

                      SO ORDERED:

                      Shira A. Scheindlin
                      U.S.D.J.

Dated:    New York, New York
            October 6, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/05

# BECKETT
*Limousine Service*

308 SANILAC STREET
STATEN ISLAND, N.Y. 10306
(718) 979-1253
N.Y.S. D.O.T. Permit # 28491
I.C.C. MC 211552

USDJ Shira Scheidlin
500 Pearle Street
New York, NY 10007
Attention: Ann Ford

## Transportation
## 09/06 thru 09/20/05

| Date  | Vans | Hours | @ $60.00 Per | Tolls | Total  |
|-------|------|-------|--------------|-------|--------|
| 09/06 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/07 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/08 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/09 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/12 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/13 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/14 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/15 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/16 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/19 | 2    | 12    | 720.00       | 72.00 | 792.00 |
| 09/20 | 2    | 12    | 720.00       | 72.00 | 792.00 |

**Total Amount Due ..... $ 8,712.00**



RECEIVED
CHAMBERS OF
SEP 26 2005
JUDGE SCHEIND